Argued and submitted June 9, affirmed July 15, 2015

CHIEF AIRCRAFT, INC.,
an Oregon corporation,
*Plaintiff-Respondent,*

*v.*

Eric GRILL,
*Defendant-Appellant.*

Josephine County Circuit Court
12CV1156; A155317

353 P3d 1261

Linda K. Williams argued the cause for appellant. With her on the briefs was Daniel W. Meek.

Michael J. Mayerle argued the cause for respondent. With him on the brief was Hornecker Cowling LLP.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

Affirmed. *Neumann v. Liles*, 261 Or App 567, 323 P3d 521, *rev allowed*, 356 Or 516 (2014).

# CASES AFFIRMED WITHOUT OPINION

**(357 P3d 531)**

## July 8, 2015

Harris v. Employment Department et al (A158470)

In the Matter of V. E. R. H., a Child. Department of Human Services v. J. R. L. (A158677)

Luna-Benitez, Gerardo v. Coursey (A153802), *rev den*, 358 Or 248

Paniagua-Miguel, Rodolfo v. Coursey (A153480)

Redick v. Employment Department et al (A158266)

Rodriguez-Moreno, Ramon v. Premo (A154584)

State v. Boly, Brian D. (A157312)

State v. Stubblefield, Daniel Blaine (A155741), *rev den*, 358 Or 70

## July 15, 2015

Galligar, Arthur John v. Franke (A153310)

In the Matter of A. A. O., Alleged to be a Person with Mental Illness. State v. A. A. O. (A156620)

In the Matter of the Compensation of Cooper, Penny I., Claimant. Jeld-Wen, Inc. v. Cooper (A152573)

State v. Baker, Donald Larry, aka Baker, Donald L. (A155369), *rev den*, 358 Or 145

State v. Caballero-Diaz, Roberto Ivan (A155837/38), *rev den*, 358 Or 145

State v. Courtier, Russell Orlando (A155142), *rev den*, 358 Or 374

State v. Gilliam, Melvin Lewis (A155756), *rev den*, 358 Or 374

State v. Parker, Frankie Julius (A155100), *rev den*, 358 Or 248

State v. Royal, Dawn Lynn Pamela (A155479)

State v. Sweetman, Angela Jamie (A154060), *rev den*, 358 Or 374

State v. Tritt, Dennis William (A154049)

State v. Trommlitz, Tina Marie (A154924), *rev den*, 358 Or 249

State v. Vanhook, Jamel Gerald (A155265)

White, Joshua v. Nooth (A154155), *rev den*, 358 Or 249